| | FOR COURT USE ONLY |
|---|---|
| ROD DANIELSON, Chapter 13 Trustee<br>3787 University Avenue<br>Riverside, CA 92501-3332<br>(951) 826-8000   FAX (951) 826-8090<br><br><br><br>Chapter 13 Trustee | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

| | |
|---|---|
| IN RE<br><br>Fawaz Issa Haddadin<br><br>Maysoun Fawaz Haddadin<br><br><br><br>DEBTORS | CHAPTER 13<br>CASE NO. 6:23-bk-12885-WJ<br><br>**TRUSTEE'S OBJECTION TO PLAN CONFIRMATION AND REQUEST FOR DISMISSAL OR CONVERSION TO CHAPTER 7**<br><br>**341A DATE/TIME:  August 9, 2023   9:00 am**<br>**CONF DATE/TIME: November 20, 2023   1:30 pm**<br>**3420 Twelfth St.**<br>**Courtroom: 304** |

The Chapter 13 Trustee hereby objects to confirmation of the plan in this case for the reasons set forth in Attachment A, incorporated herein by this reference.  The Trustee objects to the plan to the extent that it fails to comply with the mandatory provisions of the bankruptcy code, including but not limited to 11 U.S.C. §1322 and §1325, and any provisions governing disposable income, plan duration, and good faith.  The Trustee reserves the right to raise other objections in the course of plan confirmation.

Debtors and counsel are reminded:

1.  Failure to appear and prosecute this case at any confirmation hearing or initial or continued meeting of creditors may result in dismissal of the case, including dismissal with a  180-day bar to re-filing.  11 U.S.C. §1307(c), LBR 3015-1(c) and (d), 11 U.S.C. §109(g)(1).
2.  Failure to pay all required plan and mortgage payments timely and in the required amounts may result in dismissal of the case, including dismissal with a  180-day bar to re-filing.   LBR 3015-1(e) and (k)(4), 11 U.S.C. §§1326(a), 109(g)(1).
3.  Debtor is required to cooperate with the Chapter 13 Trustee.  11  U.S.C. §521(3).
4.  <u>Any additional documents required to be submitted or requested by the Trustee herein or otherwise must be received by the Trustee not later than 5 business days following the initial  341(a) meeting of creditors</u>.

WHEREFORE, the Chapter 13 Trustee hereby moves this court for its order denying confirmation and dismissing this case, including dismissal with a  180-day bar to re-filing, or converting the case to chapter 7, if appropriate.

DATED: August 09, 2023                                                                    /s/ Rod Danielson
                                                                                                             Chapter 13 Trustee

**ATTACHMENT A -** HADDADIN

## Declaration of Rod Danielson in Support For
## Objection to Plan Confirmation and Request Dismissal

The Chapter 13 Trustee hereby objects to confirmation of the plan and requests dismissal or conversion of this case on the following grounds and for the following reasons:

- Debtor is not current with the plan payment.  The first plan payment was due on August 1, 2023.  No plan payment has posted as of today.  Any plan payment that posts after today will be untimely.  See LBR 3015-1(k)(1)(A) and 11 U.S.C. § 1326(a).  The trustee notes that debtor started the TFS payment process on August 3, 2023, two days after the due date.  This payment will not post to the trustee until the mandatory five business days hold has passed.

- Under 11 U.S.C. § 1325(a)(6), a debtor must "be able to make all payments under the plan."  The plan is infeasible because debtors do not receive income from the two sources of income listed on the schedule I, and therefore, they appear to have no income to fund the plan.  Schedule I lists anticipated income to start next month on the hope of finding employment.  Per the debtor's testimony at the 341(a) meeting, he has not found a job to replace his prior employment, but he did start to drive for Lyft.  No proof of this income has been provided.  Further, debtor stated that the unemployment compensation stopped last month.

- Debtor(s) failed to provide proof of income from all sources.  Per the debtor's testimony at the 341(a) meeting, he started driving for Lyft but o such income has ben provided to the trustee.  The debtor's failure to submit proof of all sources of income to the Trustee in a timely manner severely limits the Trustee's ability to accurate analyze debtor's disposable income. Debtor is required to cooperate with the Trustee. 11 U.S.C. § 521(a)(3).

I declare under penalty of perjury that the foregoing is true and correct.  Signed and dated at Riverside, California on <u>08/09/2023.</u>

/s/ Rod Danielson
Chapter 13 Trustee

| In re: **FAWAZ ISSA HADDADIN**<br>**MAYSOUN FAWAZ HADDADIN**<br><br>Debtor(s) | **Chapter: 13**<br>Case Number:<br>**6:23-bk-12885-WJ** |
|---|---|

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 3787 University Avenue, Riverside, CA 92501.

A true and correct copy of the foregoing document entitled: **TRUSTEE'S OBJECTION TO PLAN CONFIRMATION AND REQUEST FOR DISMISSAL OR CONVERSION TO CHAPTER 7** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Orders LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service Information continued on attached pa

**2. SERVED BY UNITED STATES MAIL:**
On **08/09/2023,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here contitutes a declaration that mailing to the judge will be completed no later than

Debtor
FAWAZ ISSA HADDADIN
MAYSOUN FAWAZ HADDADIN
23898 VIA PAMILLA
MURRIETA, CA  92562

Attorney for Debtor
PRICE LAW GROUP APC
6345 BALBOA BLVD, SUITE 24
ENCINO, CA  91316

☐ Service Information continued on attached pa

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P.5 and/or controlling LBR, on _____ I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal

☐ Service Information continued on attached pa

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 08/09/2023 | Susan Jones | *Susan Jones* |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

FG: 240 - BK
June 2012

F 9013-3.1.PROOF.SERVICE